The facts are that claimant provided the Supreme Court Library at Springfield, Illinois, with certain legal periodicals and books in the amount of $170.00. It also appears that the General Assembly made an appropriation of $1,000.00 to the Judicial System to pay certain obligations incurred by the Supreme Court Library for prior expenses. Some of these bills were paid, but the appropriation was exhausted before the instant bill was paid.

The Court, therefore, finds that the items for which the bill was submitted were ordered and received by the Supreme Court Library, and would have been paid except that the appropriation was exhausted.

An award is, therefore, made herewith to claimant, Shepard's Citations, Inc., in the amount of $170.00.

(No. 5787-

THE MEMORIAL HOSPITAL, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed July 9, 1970.*

THE MEMORIAL HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

(No. 5790-

THEODORE R. BECK, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed July 9, 1970.*

THEODORE R. BECK, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5791—

POLK BROS., INC., AN ILLINOIS CORPORATION, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed July 9, 1970.*

CRANE AND KRAVETS, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5277—

PACIFIC INSURANCE COMPANY OF NEW YORK, AS SUBROGEE OF CPC, INC., AND CPC, INC., Claimants, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed February 18, 1971.*

EPTON, McCARTHY, BOHLING AND DRUTH, Attorneys for Claimants.

WILLIAM J. SCOTT, Attorney General; BRADLEY M. GLASS, Special Assistant Attorney General, for Respondent.